No. 220. GORMLY *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court

of Appeals for the Seventh Circuit denied. *Mr. Perry J. Stearns* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Oscar A. Provost* and *Valentine Brookes* for the United States.